# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **SCOTT JORDAN KOHL aka RYAN WADE DUPREE,** **Defendant.** | CR 18-20-GF-BMM ORDER |

IT IS HEREBY ORDERED that Count V (felon in possession of firearm and ammunition) be dismissed with prejudice.

IT IS FURTHER HEREBY ORDERED that the case caption be amended and strike the alias name "aka Ryan Wade Dupree". The case caption should be only defendant Scott Jordan Kohl.

DATED this 2nd day of May, 2018.

_____
Brian Morris
United States District Court Judge