# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **SCOTT JORDAN KOHL,** Defendant. | CR 18-20-GF-BMM **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on June 6, 2018. (Doc. 46).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Docs. 53, 53-1).

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- American Tactical Omni Hybrid, 226 caliber rifle, S/N NS087368 and ammunition;
- Ruger LCR, .357 caliber pistol, S/N 546-85724 and ammunition;
- Ruger 10/22, 22 caliber rifle, S/N 0005-82410 and ammunition;
- Smith and Wesson, M&P Bodyguard, 380 caliber pistol, S/N KBZ6690 and ammunition; and
- $240 in United States currency

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 1st day of October 2018.

_____
Brian Morris
United States District Court Judge